IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBERG (00012),
THE DENVER POLICE DEPT., and
THE CITY AND COUNTY OF DENVER,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Plaintiff's Designation of Expert Witness** (docket entry no. 114, the "Motion"), filed on July 11, 2005.

IT IS ORDERED that the Motion is GRANTED, and plaintiff's designation of an expert accident investigator is withdrawn.

DATED:  July 15, 2005