IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-1902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER, CO.,

Defendants.

_____

**ORDER**
_____

Before me is the Unopposed Motion for Leave to Depose Plaintiff David Michael Rome, filed by Defendants Officers Romero and Whittenburg on July 26, 2005. Pursuant to Rule 30(a)(2) Fed.R.Civ.P., leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is presently incarcerated by the State of Colorado at the Bent County Correctional Facility (BCCF), and the Plaintiff has agreed to the taking of his deposition.

Based upon a review of the record herein, the Court finds that the discovery sought by the Defendants through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P.

would not apply.  Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendants' Motion for Leave to Depose Plaintiff David Michael Rome [Filed (date)] is **GRANTED.**  Defendants have permission to take the deposition of the Plaintiff on August 4, 2005, at approximately 12:00 noon, at the BCCF.  The deposition is subject to the limitations of Rule 30(d) Fed.R.Civ.P. and further subject to all rules and regulations which BCCF may impose in connection with its accommodation of the deposition.

Dated this 28th day of July, 2005.

BY THE COURT:

  /s/ Boyd N. Boland  
United States Magistrate Judge