IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBERG (00012),
THE DENVER POLICE DEPT., and
THE CITY AND COUNTY OF DENVER,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion to Accept the Plaintiff's Revised Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A**, and **Revised Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A** (docket entry no. 131, the "Motion"), filed on August 23, 2005.

　　　IT IS ORDERED that first part of docket entry no. 131, the Motion to Accept the Plaintiff's Revised Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A is GRANTED, and this Court finds that the Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A, docket entry no.122, is DENIED AS MOOT.

　　　IT IS FURTHER ORDERED that the remaining part of docket entry no. 131, the actual **Revised Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A**, is still pending, and defendants shall respond on or before **September 16, 2005**.

DATED:  August 30, 2005