IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER, CO.,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Defendants' Motion for Leave to File Response Exceeding Fifteen (15) Pages** (the "Motion re Response"), filed September 16, 2005;

(2) The plaintiff's **Revised Motion for Order to Compel Discovery and an Extension of Time to Conduct Discovery Pursuant to Federal Rule 37A** (the "Motion to Compel"), filed August 23, 2005;

(3) The plaintiff's **Motion to Amend the Complaint to Conform to the Evidence Pursuant to Fed Civil Rule 15(C2)** (the "Motion to Amend"), filed August 22, 2005; and

(4) The plaintiff's **Motion to Correct Error on the Amended Complaint** (the "Motion to Correct Amended Complaint"), filed August 23, 2005.

I held a hearing on the motions today and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDER that the Motion re Response is GRANTED.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED IN PART and DENIED IN PART, as follows:

GRANTED with respect to Interrogatory No. 2 to defendants Whittenburg and Romero, to require them to provide information for the past 10 years concerning (a) the name and address of all employers; (b) the nature and duty of each job held; and (c) the date and reason for leaving each job;

GRANTED with respect to Interrogatory No. 4 to defendant Felkins;

GRANTED with respect to Interrogatory No. 7 to each of the three individual defendants, to require them to provide a description of all internal administrative proceedings brought against them, including a description of the nature of the charges, the identity of the person administering the proceedings, and the outcome of the proceedings;

GRANTED with respect to Interrogatory No. 10 to each of the three individual defendants, to require them to identify any conviction of a crime involving dishonesty or false statement occurring in the past ten years;

GRANTED with respect to Interrogatory No. 13 to defendant Felkins; and

DENIED in all other respects.

IT IS FURTHER ORDERED that the defendants shall make supplemental discovery responses to the plaintiff consistent with this order on or before **October 4, 2005**.

IT IS FURTHER ORDERED that the Motion to Amend and the Motion to Correct Amended Complaint are DENIED WITHOUT PREJUDICE. The plaintiff may file a renewed motion to amend containing all necessary amendments, if at all, on or before **October 4, 2005**. The defendants shall respond to any renewed motion to amend within 10 days of the date of its filing. A hearing on any renewed motion to amend is set for **October 31, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. **The plaintiff and his case manager are directed to contact the court by telephone at 303-844-6408 at that date and time to participate in the hearing**.

Dated September 20, 2005.

                                                BY THE COURT:

                                                /s/ Boyd N. Boland
                                                United States Magistrate Judge