IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER, CO.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Second Motion to Amend the Complaint to Conform to the Evidence Pursuant to Fed. Civil Rule 15(C2)** (the "Motion to Amend"), filed October 4, 2005. I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is DENIED based on the plaintiff's undue delay.

Dated October 31, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge