IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER, CO.,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the plaintiff shall contact defense counsel by telephone at 720-865-8751 on **January 9, 2006, at 10:30 a.m.**, to review and finalize a revised final pretrial order.

IT IS FURTHER ORDERED that on or before **December 23, 2005**, the parties shall exchange copies of the exhibits listed on their respective exhibit lists, and any other exhibits which they propose to add to those exhibit lists or to offer into evidence at the trial. This exchange of exhibits is intended to facilitate a discussion among the parties during the January 9 telephone call concerning the authenticity of exhibits, which should eliminate the need to list custodians of records as witnesses at trial.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **January 20, 2006, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The plaintiff and his case manager shall contact the court at that date and time by telephone at 303-844-6408 to participate in the supplemental final pretrial conference.

IT IS FURTHER ORDERED that the parties shall submit a revised proposed final pretrial order consistent with our discussions today on or before **January 13, 2006**.

Dated December 16, 2005.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge