IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

Plaintiff,

v.

OFFICER RODNEY ROMERO (00013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER, CO.,

Defendants.

---

# ORDER

---

This matter arose on the plaintiff's oral motion to appoint counsel, made this morning at the final pretrial conference.  The plaintiff is an incarcerated person and is proceeding pro se.  The case is set for a three day jury trial beginning May 22, 2006.

The Court has broad discretion in determining whether to appoint counsel in a civil case. DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993).  In deciding whether to appoint counsel, the following factors are considered: (1) the merits of the litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present his claims, and (4) the complexity of legal issues raised by the claims.  Rucks v. Boergermann, 57 F.3d 978, 979 (10th Cir. 1995).

Applying the <u>DiCesare</u> factors to this case, and particularly in view of the fact that a jury trial is set for May 2006, I conclude that it is appropriate to request the Clerk of the Court to attempt to find volunteer counsel to represent Mr. Rome through trial.

IT IS ORDERED that the Clerk of the Court is directed to make reasonable efforts to find volunteer counsel to represent Mr. Rome through trial of this matter.

Dated December 16, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge