IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

    Plaintiff,

v.

OFFICER RODNEY ROMERO, (0013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012),
DENVER POLICE DEPARTMENT, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

---

**ORDER RESCHEDULING HEARING**

---

The Final Trial Preparation Conference previously set for April 13, 2006 is hereby reset to **April 25, 2006 at 8:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 3rd day of February 2006.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge