IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

    Plaintiff,

v.

OFFICER RODNEY ROMERO, (0013),
OFFICER DAN FELKINS (93016),
OFFICER JAY WHITTENBURG (00012), and
THE CITY AND COUNTY OF DENVER,

    Defendants.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RULE 54(b) CERTIFICATION**
_____

This matter is before the Court on Plaintiff's Unopposed Motion for Rule 54(b) Certification **(# 212)**. The Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 54(b), the Court finds no just reason to delay entry of judgment in favor of all of the individual Defendants on the Plaintiff's claim of false arrest, and in favor of Defendant Whittenberg on the Plaintiff's claim of use of excessive force.

    Dated this 7th day of April, 2006

                                   **BY THE COURT:**

                                   _____
                                   Marcia S. Krieger
                                   United States District Judge