IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01902-MSK-BNB

DAVID MICHAEL ROME,

    Plaintiff,

v.

OFFICER RODNEY ROMERO,
OFFICER DAN FELKINS,
OFFICER JAY WHITTENBURG, and
THE CITY AND COUNTY OF DENVER,

    Defendants.

_____

**ORDER MODIFYING COURT'S ORDER OF APRIL 7, 2006**
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    On April 5, 2006, the Plaintiff filed a Motion for Entry of Judgment Pursuant to Fed. R. Civ. P. 54(b) **(# 212)**. On April 6, 2006, the Court orally granted **(# 214)** on that motion, making detailed findings of fact and conclusions of law. At that time, the Court advised the parties that its oral findings and conclusions would likely be necessary for the Court of Appeals' review of the matter, and thus ordered the Plaintiff to "tender an appropriate order that incorporates the Court's findings and conclusions by reference." *Docket* # 214 at 2.

    On April 7, 2006, the Court entered a written Order **(# 216)** granting the Plaintiff's motion for Rule 54(b) certification. At present, the Court is unable to determine whether the contents of that Order were derived from a proposed order submitted by the Plaintiff in accordance with the Court's directions on April 6, 2006; whether the Court drafted the Order itself; or whether the Order's contents originated from some other source. Regardless, the Order actually entered by

1

the Court was deficient, insofar as it failed to incorporate the Court's oral findings and conclusions, by reference or otherwise. On the same date, the Court also entered a Partial Judgment **(# 217)** that correctly referenced the Court's oral findings.

Accordingly, to properly carry out the Court's obligations under Fed. R. Civ. P. 54(b) and to harmonize the Court's Order with the Partial Judgment, the Court **MODIFIES** the contents of its April 6, 2006 Order **(# 216)** as follows: the second paragraph of that Order, which currently reads "The Motion is **GRANTED**" shall be deemed amended to read "For the reasons stated in open court on April 6, 2006, and which are deemed incorporated herein by reference, the Motion is **GRANTED**." The Clerk of the Court shall transmit a copy of this Order, as well as a copy of the transcript at Docket # 222, containing the Court's oral findings and conclusions, to the United States Court of Appeals for the Tenth Circuit, for consideration in conjunction with the parties' pending appeal of the Court's Partial Judgment.

Dated this 25th day of April, 2006

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge